# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

DEBBIE McQUEEN,                                    Case No. 1:13-cv-88
    Plaintiff,                                     Dlott, J.
                                                   Litkovitz, M.J.

    vs.

COMMISSIONER OF                                    **SCHEDULING ORDER**
SOCIAL SECURITY,
    Defendant.


In accordance with the Magistrate Judges' General Order Concerning Social Security

Appeals (S.D. Ohio W.D. Feb. 21, 2012), it is hereby **ORDERED** that plaintiff file a statement

of errors within forty-five (45) days of the date the Commissioner files the transcript of the

administrative proceedings.

The Commissioner is **ORDERED** to file a response to plaintiff's statement of errors

within thirty (30) days of the date plaintiff files the statement of errors.  Any reply memorandum

must be filed no more than ten (10) days later.

If all parties consent under 28 U.S.C. § 636(c) to disposition of this case by the

Magistrate Judge, the parties should file their consents within thirty (30) days after the

administrative record is filed.

    **IT IS SO ORDERED.**


Date:  _4/10/2013_                       s/Karen L. Litkovitz
                                                 Karen L. Litkovitz
                                                 United States Magistrate Judge