IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Debbie McQueen,                              :
                                             :
              Plaintiff(s),                   :
                                             :   Case Number: 1:13cv88
      vs.                                    :
                                             :   Chief Judge Susan J. Dlott
Commissioner of Social Security,             :
                                             :
              Defendant(s).                   :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate

Judge Karen L. Litkovitz filed on February 11, 2014 (Doc. 19), to whom this case was referred

pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the

time for filing such objections under Fed. R. Civ. P. 72(b) expired February 28, 2014, hereby

ADOPTS said Report and Recommendation.

Accordingly, the decision of the Commissioner is **REVERSED** and **REMANDED**

for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g).

This case is hereby **TERMINATED** from the docket.

IT IS SO ORDERED.

_____s/Susan J. Dlott_____
Chief Judge Susan J. Dlott
United States District Court